## RECORD OF INITIAL APPEARANCE BEFORE MAGISTRATE JUDGE

UNITED STATES OF AMERICA
vs
Keonne Rodriguez

MAGISTRATE JUDGE'S DOCKET NO. 2:24 mj 672
DATE OF COMPLAINT
CRIMINAL DOCKET NO.
DATE OF INDICTMENT
ORIGINATING DISTRICT (if applicable): Southern District NY 24 cr 82

DATE ARRESTED: 4/24/24

### INITIAL APPEARANCE

Presiding Magistrate Judge: [ ] TAYLOR  [✓] DODGE  [ ] KELLY
[ ] EDDY  [ ] LANZILLO  [ ] PESTO

Date: 4/24/24
Time: 3:31 pm - 3:45 pm
CD #:
Court Reporter: none

U. S. ATTORNEY: Jonathan Lusty
INTERPRETER: n/a

**1. RIGHTS EXPLAINED**

[ ] Defendant orally consents to proceeding by video conference or teleconferencing because video conferencing is not reasonably available
[✓] Government orally advised of obligations, pursuant to Brady v. Maryland and the Due Process Protections Act.

**2. COMPLAINT/INDICTMENT/INFORMATION:**
[ ] Read   [✓] Summarized   [ ] Reading waived
[ ] Defendant provided with a copy of the charges
[✓] Defendant to be provided with a copy of the charges as soon as possible

**3. ACT & PENALTIES**
[ ] Read   [✓] Summarized   [ ] Reading waived

**4. COUNSEL**
[ ] Defendant requested appointment
[ ] Defendant waived appointment
[✓] Defendant represented by: Gabrielle Lee as standby counsel
[ ] Defendant expects to retain: Counsel in New York
[ ] Affidavit executed.
[ ] Not Qualified   [ ] Qualified   [ ] With possible requirement for partial or full payment
[ ] Federal Public Defender appointed
[ ] CJA Panel Attorney _____ appointed

**5. BAIL**
Recommended Bond: Conditions of Release
Bond Set at: $25,000
[ ] By Consent   [✓] Additional Conditions Imposed: See Conditions
[ ] By Magistrate Judge
[ ] Temporary Commitment issued   [ ] Final Commitment issued
Bond/Detention Hearing set for: _____

**6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**
Preliminary Exam/Rule 40/Arraignment set for: _____ before Magistrate Judge _____

Set for 4/29 at 9:00 am in the Southern District of New York

WDPA Rev 04/24